■ CURTIS KATZ, Respondent, v RICHARD YOUNG, Appellant. CURTIS KATZ, Respondent, v DAVID VAUGHN, Appellant. CURTIS KATZ, Respondent, v RONALD ROBINSON et al., Appellants. CURTIS KATZ, Respondent, v JAMES RUFFIN, Appellant. CURTIS KATZ, Respondent, v RITA CARRINGTON, Appellant. CURTIS KATZ, Respondent, v MILTON R. BROWNE, Appellant. CURTIS KATZ, Respondent v DOROTHY MONTGOMERY, Appellant.—Orders, Supreme Court, New York County, entered on October 18, 1977, on November 29, 1977, on March 1, 1978, on March 1, 1978, on March 1, 1978, on March 1, 1978, on March 6, 1978, unanimously affirmed, without costs and without disbursements. Concur—Murphy, P. J., Evans, Lane and Markewich, JJ.; Silverman, J., concurs on constraint of *Minton v Domb* (63 AD2d 36).